UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
TAMPA DIVISION

DANNY SCHOONOVER,

    Plaintiff,                                CASE NO. 8:11-cv-00117-JSM-AEP

v.

ALLIED INTERSTATE, INC.,

    Defendant.
_____/

## NOTICE OF SETTLEMENT

    NOW COMES the Plaintiff, DANNY SCHOONOVER, by and through the undersigned counsel and hereby informs the court that a settlement of the present matter has been reached and all parties to the present matter are currently in the process of executing the aforementioned settlement agreement, which Plaintiff anticipates will be completed within the next 30 days.

    Plaintiff therefore requests that this honorable Court vacate all dates currently set on calendar for the present matter.

    RESPECTFULLY SUBMITTED,

    By: /s/ James Pacitti
        James Pacitti (FBN: 119768)
        Krohn & Moss, Ltd
        10474 Santa Monica Blvd, Suite 401
        Los Angeles, CA 90025
        Phone: (323) 988-2400 x 230
        Fax: (866) 385-1408
        jpacitti@consumerlawcenter.com
        Attorney for Plaintiff

## CERTIFICATE OF SERVICE

    I hereby certify that on January 27, 2011, I electronically filed the foregoing Notice of Settlement with the Clerk of the Court by using the CM/ECF System.  A copy of said Notice was electronically submitted to Matthew Johnson, Attorney for Defendant, by the Court's CM/ECF system.

                                                        /s/ James Pacitti
                                                        James Pacitti
                                                        Attorney for Plaintiff