**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF FLORIDA**
**TAMPA DIVISION**

DANNY SCHOONOVER,

    Plaintiff,                                  CASE NO. 8:11-cv-00117-JSM-AEP

v.

ALLIED INTERSTATE, INC.,

    Defendant.
_____/

## NOTICE OF VOLUNTARY DISMISSAL

DANNY SCHOONOVER (Plaintiff), by his attorneys, KROHN & MOSS, LTD., and pursuant to FRCP 41(a)(1)(i) (Dismissal of Actions - Voluntary Dismissal By Plaintiff Without Court Order) voluntarily dismisses, without prejudice, ALLIED INTERSTATE, INC., (Defendant), in this case.

                                                          RESPECTFULLY SUBMITTED,

                                                          By:  /s/ James Pacitti_____
                                                          James D. Pacitti
                                                          FBN: 119768
                                                          Krohn & Moss, Ltd
                                                          10474 Santa Monica Blvd, Suite 401
                                                          Los Angeles, CA 90025
                                                          (323) 988-2400 x230
                                                          (866) 802-0021 (fax)
                                                          Email: jpacitti@consumerlawcenter.com